**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-6192**

———————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

JEREMY MOUZON, a/k/a Ferris Earl Scott Green,

              Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Charleston. Patrick Michael Duffy, Senior District Judge. (2:03-cr-00896-PMD-1)

———————

Submitted: June 26, 2014              Decided: July 1, 2014

———————

Before WILKINSON, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jeremy Mouzon, Appellant Pro Se. Nathan S. Williams, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremy Mouzon seeks to appeal the district court's margin order denying his motion to recall the mandate, referring to the criminal judgment issued over ten years ago. We have reviewed the record and find no reversible error. Accordingly, we affirm. United States v. Mouzon, No. 2:03-cr-00896-PMD-1 (D.S.C. Jan. 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED